UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X   Case No. 19 cv 4499 (KPF)
ORONDE BELL,

                        Plaintiff,                        **STIPULATION OF
                                                          DISMISSAL
              -against-                        WITH PREJUDICE**

BNP PARIBAS USA, INC., FUTURES GROUP
HOLDINGS INC., FUTURES GROUP IT LLC, EXTENSIS
II, INC., and DEOGENE MEZA, *Individually*,

                        Defendants.
----------------------------------------------------------------X

IT IS HEREBY STIPULATED, by and between plaintiff Oronde Bell ("Plaintiff") and defendants BNP Paribas US Wholesale Holdings Corp. *i/s/h/a* BNP Paribas USA, Inc. and Defendant Extensis II, Inc. (the "Settling Defendants"; together with Plaintiff, the "Parties"), through their undersigned counsel, that this action, including all claims that were asserted herein, is hereby dismissed with prejudice against the Settling Defendants only. The Parties are to bear their own costs and attorneys' fees except as otherwise agreed upon between the Parties. The U.S. District Court shall retain jurisdiction over this case in order to hear a motion to enforce or otherwise apply the settlement in this case.

**NISAR LAW GROUP, P.C.**                           **AKERMAN LLP**

By: _____        By: _____
Casimir Wolnowski, Esq.                         Raymond J. Berti, Esq.
*Attorneys for Plaintiff*                               *Attorneys for BNP Paribas*
570 Lexington Ave., 16th fl.                   666 Fifth Avenue, 20th Floor
New York, NY 10022                              New York, NY 10103
Ph: (646) 449-7210                                 Ph: (212) 259-6421
Email: cwolnowski@nisarlaw.com            Email: raymond.berti@akerman.com

Date: Aug. 9, 2019                                  Date: _____

**FISHER & PHILLIPS LLP**

By: _____*Melissa Osipoff*_____
Melissa Osipoff, Esq.
Attorneys for Extensis II, Inc.
The New York Times Building
620 Eighth Avenue, 36th Floor
New York, NY 10018
Ph: (212) 899-9965
Email: mosipoff@fisherphillips.com

Date: August 9, 2019

**SO ORDERED:**

_____*Katherine Polk Failla*_____   Date: August 9, 2019
Hon. Katherine Polk Failla, U.S.D.J.