UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORONDE BELL,<br><br>                                  Plaintiff,<br><br>                 -v.-<br><br>BNP PARIBAS USA, INC., FUTURES GROUP HOLDINGS INC., FUTURES GROUP IT LLC, EXTENSIS II, INC., and DEOGENE MEZA, *individually*,<br><br>                                  Defendants. | 19 Civ. 4499 (KPF)<br><br>DEFAULT JUDGMENT |

KATHERINE POLK FAILLA, District Judge:

This action having been commenced on May 16, 2019, by the filing of the Summons and Complaint, and copies of the Summons and Complaint having been served on the defendant Futures Group Holdings Inc. on May 23, 2019, by service upon the New York Secretary of State in Albany, New York, on the defendant Futures Group IT LLC on May 23, 2019, by service upon the New York Secretary of State in Albany, New York, and on the defendant Deogene Meza on May 30, 2019, by personal service, and a proof of service having been filed on June 3, 2019, as to these Defendants (the "Defaulting Defendants"), and the Defaulting Defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: that the plaintiff have judgment against Defaulting Defendants in the amounts of: $9,025.00 for actual damages; $9,025.00 for liquidated damages; $5,000.00 for statutory damages for violations of the Wage Theft Prevention Act; $14,355.00 for

attorneys' fees; $975.64 for costs; and $1,341.85 for prejudgment interest, for a total judgment of $39,722.45.  The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

    SO ORDERED.

Dated:  October 10, 2019
           New York, New York

                                           KATHERINE POLK FAILLA
                                           United States District Judge